1

```
                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF MICHIGAN
                            SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.                                  **No. 15-30530**

**COLIN MATTHEW BOYLE,**

        Defendant.
_____/

                            **INITIAL APPEARANCE**

          BEFORE MAGISTRATE JUDGE MONA K. MAJZOUB
               United States Magistrate Judge
          Theodore Levin United States Courthouse
              231 West Lafayette Boulevard
                    Detroit, Michigan
              Tuesday, November 10, 2015
                      2:20 p.m.

For the Plaintiff:        **MARGARET SMITH**
                              U.S. Attorney's Office
                              211 West Fort Street
                              Suite 2001
                              Detroit, Michigan  48226
                              (313) 226-9135

For the Defendant:       **RICHARD M. HELFRICK**
                              Federal Defender Office
                              613 Abbott Street
                              Fifth Floor
                              Detroit, Michigan  48226
                              (313) 967-5555

   Transcribed by Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC

    (Transcript produced from digital voice recording.
      Transcriber not present at live proceedings.)

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Initial appearance | 3 |

<u>Exhibits</u>:                                                              <u>Received</u>

  (None offered.)

INITIAL APPEARANCE 3

```
 1                                         November 10, 2015
 2                                         Detroit, Michigan
 3                              -  -  -
 4       (Call to order of the Court, 2:20 p.m.)
 5       (Court, Counsel and Defendant present.)
 6            THE CLERK:  The Court calls Case Number 15-30530,
 7   Defendant 1, United States of America versus Colin Matthew
 8   Doyle -- Boyle.
 9            MS. SMITH:  Good afternoon, Your Honor.  Maggie Smith
10   appearing on behalf of the United States.
11            THE COURT:  Good afternoon.
12            MS. SMITH:  This is the Defendant's initial appearance
13   on a criminal complaint.
14            THE COURT:  Thank you.
15            Will the Defendant state his name to the Court,
16   please.
17            THE DEFENDANT:  Colin Boyle.
18            THE COURT:  Mr. Boyle, you're here this afternoon
19   making your initial appearance on a federal criminal complaint.
20   Have you had an opportunity to see the federal criminal
21   complaint?
22            THE DEFENDANT:  I have, Your Honor.
23            THE COURT:  Mr. Boyle, you have the right to be
24   represented by counsel not only today but at all critical
25   stages of these proceedings.  I have your signed financial
```

1  affidavit. Am I correct in assuming that you're asking this
2  court to appoint counsel for you?
3           THE DEFENDANT: That's correct, Your Honor.
4           THE COURT: I'll appoint the Federal Defender.
5           MR. HELFRICK: Richard Helfrick from that office.
6           THE COURT: Thank you.
7           Is the government seeking this defendant's detention?
8           MS. SMITH: We are, Your Honor, and I would ask for an
9  order of temporary detention and set the hearing for Friday at
10 1:00.
11          THE COURT: I will sign an order of temporary
12 detention and we will have a detention hearing at 1:00 p.m. on
13 Friday, November 13.
14          MS. SMITH: Thank you.
15          THE COURT: Anything further?
16          MS. SMITH: No, Your Honor.
17          MR. HELFRICK: No, Your Honor.
18          THE COURT: Thank you.
19          MS. SMITH: Thank you.
20     (Proceedings concluded, 2:22 p.m.)
21                    -  -  -
22
23
24
25

**INITIAL APPEARANCE**                                                      5

**CERTIFICATE OF TRANSCRIBER**

   I certify that the foregoing is a correct transcription from the official electronic sound recording of the proceedings in the above-entitled matter.


S/Leann S. Lizza                                             12-6-2017
Leann S. Lizza                                                   Date