```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3   UNITED STATES OF AMERICA,

 4            Plaintiff,

 5     v.                                  No. 15-30530

 6   COLIN MATTHEW BOYLE,

 7            Defendant.
     _____/
 8

 9                       DETENTION HEARING

10         BEFORE MAGISTRATE JUDGE DAVID R. GRAND
                  United States Magistrate Judge
11         Theodore Levin United States Courthouse
                 231 West Lafayette Boulevard
12                     Detroit, Michigan
                  Friday, November 13, 2015
13                        1:08 p.m.

14
     APPEARANCES:
15
         For the Plaintiff:       KEVIN M. MULCAHY
16                                U.S. Attorney's Office
                                  211 West Fort Street
17                                Suite 2001
                                  Detroit, Michigan  48226
18                                (313) 226-9100

19
         For the Defendant:       KIMBERLY W. STOUT
20                                185 Oakland Avenue
                                  Suite 250
21                                Birmingham, Michigan  48009
                                  (248) 258-3181
22

23
     Transcribed by Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC
24
          (Transcript produced from digital voice recording.
25          Transcriber not present at live proceedings.)
```

**TABLE OF CONTENTS**

Page

Detention hearing                                               3


Exhibits:                                                  Received

  (None offered.)

DETENTION HEARING

3

```
 1                                       November 13, 2015
 2                                       Detroit, Michigan
 3                        -    -    -
 4       (Call to order of the Court, 1:08 p.m.)
 5       (Court, Counsel and Defendant present.)
 6            THE COURT CLERK:  The Court calls Case
 7  Number 15-30530, United States of America versus Colin Boyle.
 8            MR. MULCAHY:  Good afternoon, Your Honor.  Kevin
 9  Mulcahy for the United States, Your Honor.  This is the date
10  and time set for the detention hearing for Mr. Boyle.
11            THE COURT:  Thank you.  Good afternoon.
12            MS. STOUT:  Good afternoon, Your Honor.  Kimberly
13  Stout on behalf of Mr. Boyle, who is standing to my left.
14            Your Honor, we waive formal reading.  My client's
15  standing mute and he's also going to consent to detention.
16            THE COURT:  Okay.  We completed the initial appearance
17  though, correct?
18            MR. MULCAHY:  We did.
19            THE COURT:  So we're only here for a detention issue?
20            MR. MULCAHY:  Yes, sir.
21            THE COURT:  Sir, if you could state your full name for
22  the record.
23            THE DEFENDANT:  Colin Matthew Boyle.  Colin Matthew
24  Boyle.
25            THE COURT:  All right.  Thank you.
```

**USA v. BOYLE, 15-30530**

1           Sir, did you hear your attorney just indicate that you

2    are consenting to detention at this time?

3           THE DEFENDANT:  That's correct, Your Honor.

4           THE COURT:  And you understand that today was the day

5    and time set for the detention hearing where the Court would

6    have heard any evidence and argument you wish to present as to

7    why you ought to be released on a bond but you're agreeing to

8    waive that right at this time and consent to detention.  Is

9    that correct?

10          THE DEFENDANT:  That is correct.

11          THE COURT:  Very well.  The Court will order a

12   detention by consent and we need a preliminary examination

13   date.

14          THE COURT CLERK:  November 24th at 1:00 p.m.

15          MR. MULCAHY:  Your Honor, I have one additional

16   matter, if I could?

17          THE COURT:  Yes.

18          MR. MULCAHY:  I would ask the Court to order the

19   Defendant to have no contact either by phone, e-mail or letter

20   with minor victims 1, 2 and 3 as are outlined in the Complaint.

21   I've spoke -- spoken to Miss Stout about this and she concurs.

22          THE COURT:  All right.

23          MS. STOUT:  Correct, Your Honor.

24          THE COURT:  Thank you.

25          All right.  Thank you then.  The Court will, as an

**DETENTION HEARING**

1  additional condition of the order of detention, order that

2  there be no contact directed by the Defendant to any of the

3  minor victims in this matter.

4          You understand that, sir?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  All right.

7          MR. MULCAHY:  Thank you, Your Honor.

8          THE COURT:  All right.  Thank you all.

9      (Proceedings concluded, 1:10 p.m.)

10                        -   -   -

11              **CERTIFICATE OF TRANSCRIBER**

12    I certify that the foregoing is a correct transcription from

13  the official electronic sound recording of the proceedings in

14  the above-entitled matter.

15

16

17  S/Leann S. Lizza                              12-6-2017

18  Leann S. Lizza                                Date

19

20

21

22

23

24

25