```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.                                  **No. 15-20741**

**COLIN MATTHEW BOYLE,**

        Defendant.
_____/

**ARRAIGNMENT**

**BEFORE MAGISTRATE JUDGE ELIZABETH A. STAFFORD**
United States Magistrate Judge
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan
Tuesday, November 24, 2015
1:19 p.m.

APPEARANCES:

   For the Plaintiff:           **MARGARET SMITH**
                                        U.S. Attorney's Office
                                        211 West Fort Street
                                        Suite 2001
                                        Detroit, Michigan  48226
                                        (313) 226-9135

   For the Defendant:           **KIMBERLY W. STOUT**
                                        185 Oakland Avenue
                                        Suite 250
                                        Birmingham, Michigan  48009
                                        (248) 258-3181


   Transcribed by Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC

     (Transcript produced from digital voice recording.
       Transcriber not present at live proceedings.)

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Arraignment | 3 |

Exhibits:                                                       Received

(None offered.)

**ARRAIGNMENT** 3

| | |
|---|---|
| 1 | November 24, 2015 |
| 2 | Detroit, Michigan |
| 3 | - - - |
| 4 | (Call to order of the Court, 1:19 p.m.) |
| 5 | (Court, Counsel and Defendant present.) |
| 6 | THE COURT CLERK: Court calls Case Number 15-20741, |
| 7 | *United States of America versus Colin Boyle.* |
| 8 | MS. SMITH: Good afternoon, Your Honor. Maggie Smith |
| 9 | appearing on behalf of the United States. |
| 10 | THE COURT: Good afternoon. |
| 11 | MS. STOUT: Good afternoon, Your Honor. Kimberly |
| 12 | Stout on behalf of Mr. Boyle who is standing to my left. |
| 13 | THE COURT: Good afternoon. |
| 14 | MS. SMITH: Your Honor, today is the date and time for |
| 15 | arraignment on indictment. |
| 16 | MS. STOUT: Your Honor, he has reviewed the indictment |
| 17 | with me back in lockup and he's aware of the penalties and |
| 18 | signed the acknowledgement. |
| 19 | THE COURT: Okay. |
| 20 | MS. STOUT: Stands mute. Thank you. |
| 21 | THE COURT: And waives formal reading? |
| 22 | MS. STOUT: And waives formal reading. |
| 23 | THE COURT: Thank you. |
| 24 | You're Colin Matthew Boyle? |
| 25 | THE DEFENDANT: That's correct, Your Honor. |

```
 1              THE COURT:  Have you had an opportunity to review the
 2   indictment?
 3              THE DEFENDANT:  Yes, Your Honor.
 4              THE COURT:  And you did so with Miss Stout?
 5              THE DEFENDANT:  Yes, ma'am.
 6              THE COURT:  And you understand the charges against
 7   you?
 8              THE DEFENDANT:  Yes, ma'am.
 9              THE COURT:  You understand that the Counts 1, 2 and 3,
10   that for each one of those you face at least 35 years to life
11   in prison, a $200,000 fine or both?
12              THE DEFENDANT:  Yes, ma'am.
13              THE COURT:  You understand that for Counts 4 and 5 you
14   face 15 to 40 years of imprisonment, a $250,000 fine or both?
15              THE DEFENDANT:  Yes, ma'am.
16              THE COURT:  You understand that for Count 6 if you are
17   found guilty or plead guilty, you face at least 10 years to 20
18   years of imprisonment, a $250,000 fine or both?
19              THE DEFENDANT:  Yes, ma'am.
20              THE COURT:  And, Miss Russo, for Count 7 is that up to
21   10 years?
22              MS. SMITH:  Sorry, it's Miss Smith.
23              THE COURT:  Or Miss Smith.
24              MS. SMITH:  It's an enhancement that requires a
25   10-year mandatory consecutive to any other sentence.
```

```
 1              THE COURT:  Okay.  So -- Okay.  Ten years minimum.
 2              MS. SMITH:  No, it's a 10-year penalty.  The statute
 3   requires it --
 4              THE COURT:  Ten years, period?
 5              MS. SMITH:  Correct.
 6              THE COURT:  All right.  You understand for Count 7
 7   that you face 10 years of imprisonment consecutive to any other
 8   sentence?
 9              THE DEFENDANT:  Yes, ma'am.
10              THE COURT:  And finally, for Count 8 you understand
11   that you face the mandatory life imprisonment?
12              THE DEFENDANT:  Yes, Your Honor.
13              THE COURT:  And this is your signature on the
14   acknowledgement of indictment?
15              THE DEFENDANT:  That's correct.
16              THE COURT:  All right.  I'll enter a plea of not
17   guilty.
18              Mr. Boyle consented to detention on November 13th.  Is
19   that correct?
20              MS. SMITH:  Correct.
21              THE COURT:  And that detention will continue.
22              MS. STOUT:  Thank you.
23              THE COURT:  This case is assigned to Judge Drain and
24   he'll schedule all the dates.
25              Anything else, Miss Stout?
```

Case 2:15-cr-20741-GAD-DRG   ECF No. 91, PageID.2392   Filed 12/15/17   Page 6 of 6

ARRAIGNMENT                                             6

1        MS. STOUT: No, Your Honor. Thank you.

2        THE COURT: Anything else, Miss Smith?

3        MS. SMITH: No, thank you.

4        THE COURT: Sorry for calling you the wrong name.

5        MS. SMITH: That's okay. Thank you.

6        THE COURT: Thank you.

7     (Proceedings concluded, 1:22 p.m.)

8                       -  -  -

9              **CERTIFICATE OF TRANSCRIBER**

10   I certify that the foregoing is a correct transcription from

11 the official electronic sound recording of the proceedings in

12 the above-entitled matter.

13

14

15 S/Leann S. Lizza                                      12-6-2017

16 Leann S. Lizza                                             Date

17

18

19

20

21

22

23

24

25